UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

CAVIN MADISON,

      Petitioner,

v.

S. L. BURT,

      Respondent.

_____/

Case No. 1:20-cv-579

Honorable Paul L Maloney

## **ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner's request for preliminary injunctive relief is **DENIED** as moot.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

Dated:   August 3, 2020                  /s/ Paul L. Maloney
                                                Paul L. Maloney
                                                United States District Judge